UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS HENDERSON,<br><br>              Plaintiff,<br><br>       v.<br><br>Coilli, et al.,<br><br>              Defendants. | Case No.  1:21-cv-00932-KES-FJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 20) |

Plaintiff Marcellus Henderson is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

On March 4, 2026, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations, recommending that this action be dismissed for failure to state a cognizable claim upon which relief may be granted.  Doc. 20.  Plaintiff was directed to file any objections within fourteen (14) days.  *Id.*  Plaintiff timely filed objections on March 23, 2026.  Doc. 22.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  In his objections, plaintiff argues that he sufficiently states an Eighth Amendment claim.  *See id*.  But as

1

the magistrate judge correctly found, plaintiff's allegations are best characterized as a conditions of confinement claim.  Doc. 20 at 6–7.  Plaintiff does not meaningfully challenge the magistrate judge's reasoning that an Eighth Amendment claim based on prison officials' alleged failure to protect prisoners from COVID-19 arises in a "new context" and that *Bivens* does not extend to plaintiff's claim.  *See* Doc. 22.  Plaintiff cannot state a conditions of confinement claim under *Bivens* in these circumstances.  For the reasons set forth in the findings and recommendations, plaintiff also fails to state a cognizable claim under the Federal Tort Claims Act.

Accordingly:

1. The findings and recommendations issued on March 4, 2026, Doc. 20, are adopted;

2. This action is dismissed for failure to state a cognizable claim upon which relief may be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    May 1, 2026

_____
UNITED STATES DISTRICT JUDGE